# MEMORANDUM

RECEIVED
Aug 25  4 00 PM '05

U.S. PROBATION OFFICE
NEW HAVEN

**To:** The Honorable Ellen Bree Burns
Senior U.S. District Judge
New Haven, Connecticut

**From:** Jacqueline Carroll
U.S. Probation Officer
New Haven, Connecticut

**Subject:** **FOTIA, Anthony**
Docket Number 3:03CR00030(EBB)
**International Travel Request**

**Date:** August 24, 2005

On March 12, 2004, Anthony Fotia (also known as Anthony Futie) was sentenced by Your Honor to serve three years probation, with a special condition requiring four months of home confinement, after having pled guilty to Conspiracy to Conduct an Illegal Gambling Business. Mr. Fotia resides in Las Vegas, Nevada and has been supervised by the Nevada U.S. Probation Office.

Recently, the Court approved Mr. Fotia's request for permission to travel to Rome, Italy to attend the wedding of his brother Frank, from September 13, 2005 to September 28, 2005. Accordingly, he is in need of his passport which he surrendered to the Clerk's Office when he was originally presented on the instant offense. Attached please find a letter from Mr. Fotia's attorney, Kurt F. Zimmerman.

We have no objection to the return of his passport. Therefore, we are seeking Your Honor's permission to allow the Clerk's Office to return Mr. Fotia's passport. Please indicate below your approval or denial of Mr. Fotia's request.

JC/jme

Approved:                                          Denied:

The Honorable Ellen Bree Burns                The Honorable Ellen Bree Burns
Senior U.S. District Judge                    Senior U.S. District Judge

Date: 8/24/05                                 Date: