# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CT 06604

**FILED**

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2005 SEP -8  A II: 48    VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

September 2, 2005

Via Certified Mail

Kurt F. Zimmermann
Silverstein & Osach
234 Church St.,Suite 902
P O Box 1727
New Haven, CT 06510

     Re:  3:03cr30(EBB)
         USA v Chiappetta

Dear Counselor:

    Pursuant to the Order of the Court entered on 8/29/05, I am returning the US Passport #140968279 to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

                Kevin F. Rowe, Clerk

            By  **Janet Barrille**
                Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED: *Katie Mucha*
*Legal Assistant to Kurt Zimmermann*

DATE: *9/7/05*